COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-375-CV

IN RE KIERON DEREK PENIGAR RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's “Application for a Writ of Error Coram Nobis” and is of the opinion that relief should be denied.  Accordingly, relator's “Application for a Writ of Error Coram Nobis” is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  MCCOY, J.; CAYCE, C.J.; and DAUPHINOT, J.

DELIVERED:  November 4, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.